UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  22-cr-00581-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO TOLL THE SPEEDY TRIAL CLOCK** |
| ALEJANDRO TORRES DELGADO, | |
| Defendant. | |

A motion for order to toll the speedy trial clock having been made in the above-entitled matter, and the Court being fully advised, and compelling reasons appearing in the Motion and in the Declaration of Defense Counsel, **IT IS ORDERED** that speedy trial clock be tolled and that time be excluded.

**IT IS SO ORDERED.**

Dated:  April 26, 2022

Hon. Janis L. Sammartino
United States District Judge